PHILLIPS **&** ASSOCIATES

*Attorneys at Law*
45 BROADWAY, 28ᵀᴴ FLOOR, NEW YORK, NEW YORK 10006
TEL.: (212) 248-7431 FAX: (212) 901-2107
W W W.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/2026

*MEMO ENDORSED*

Granted.

*Colleen McMahon*
6/18/2026

June 17, 2026

**By ECF**
Judge Colleen McMahon
United States District Court
Southern District Court
500 Pearl Street, Room 24A
New York, New York 10007

Re:     **Angelina Nguyen v. New York University Grossman School of Medicine**
**Docket No. 25-cv-09063**

Dear Judge McMahon:

This office represents Plaintiff Angelina Nguyen in the above matter. I write to respectfully request an extension of time to file the Joint Pre-Trial Order. This letter seeks additional time to finalize post-deposition discovery and to accommodate personal travel that conflicts with the joint pretrial submission due date.

Presently, Defendant has deposed Plaintiff and Plaintiff has taken the depositions of six of Defendant's witnesses and one third-party witness. The Parties have exchanged paper discovery, deficiency letters and supplemental discovery requests, and are working diligently to complete discovery. Plaintiff has served supplemental document demands related to the testimony given during the third-party deposition on June 12, 2026 upon Defendant and the third party as of today. In addition, I am requesting this extension of time due to personal conflicts. Both myself and Brittany Stevens, the Partner on this matter, will be out of office the week of July 20, 2026, during which the Joint Pre-Trial Order is currently due July 24, 2026.

We therefore respectfully request a three-week extension from July 24, 2026, until August 14, 2026, to submit a Joint Pre-Trial Order. Defendant consents to this request. This is the first request for an extension of this nature.

Finally, Defendant requested that we notify the Court of its intention to file a summary judgment motion on July 13, 2026.

Respectfully Submitted,

Morgan Mickelsen

cc: To all counsel of record (by ECF)